IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARLOS WILSON,

      Petitioner,                      No. CIV S-09-0884 EFB P

   vs.

D.K. SISTO, Warden,

      Respondent.               ORDER

_____/

      Petitioner, a state prisoner proceedings pro se, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      On May 13, 2009, the court found that petitioner had failed to pay the required filing fee, 28 U.S.C. § 1914(a), or requested leave to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Accordingly, the court gave petitioner 30 days to submit the filing fee or *in forma pauperis* application. On July 21, 2009, the court granted petitioner an additional 30 days in which to comply.

////

////

1  The 30-day period has expired and petitioner has not paid the required filing fee, filed an
2  application to proceed *in forma pauperis* or otherwise responded to the court's order.
3  Accordingly, this action is DISMISSED without prejudice.
4  Dated: September 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE